**ZENO B. BAUCUS**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Avenue North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**
**E-mail: Zeno.Baucus@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 25-43-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **UNITED STATES' SENTENCING MEMORANDUM** |
| **VERONICA CLARICE BAKER,** | |
| **Defendant.** | |

The United States of America, by and through Zeno B. Baucus, Assistant

U.S. Attorney for the District of Montana, provides the Court with its sentencing

memorandum in aid of sentencing.

1

**INTRODUCTION**

Veronica Clarice Baker stands convicted of Sex Trafficking of a Minor, in violation of 18 U.S.C. §§ 1591, 1591(c) and 1594(a).  Baker arranged for Jane Doe 2, a minor under the age of 18, to meet with Dr. Usman Khan for the purpose of a commercial sex date for money. She should be sentenced accordingly.

The PSR has determined that Baker's recommended guideline range is 135 months to 168 months.  PSR ¶ 84. There are no unresolved objections to the PSR.

**FACTUAL NARRATIVE**

Prior to April 9, 2023, Dr. Usman Khan met Veronica Baker on a social media website for those interested in a commercial sex relationship. Then, on or about April 9, 2023, Khan communicated with Baker for the purpose of arranging a commercial sex date with Jane Doe 2, a minor under the age of 18 at the time. Baker and Khan communicated via text message about the possibility of Baker providing Jane Doe 2 for the purpose of a commercial sex date. During those communications Baker transmitted pictures of her and Jane Doe 2 to Khan and discussed rates. That evening, Baker transported Jane Doe 2 to Khan's residence. According to witness statements, Baker left Jane Doe 2 at Khan's residence and Jane Doe 2 and Khan engaged in sexual activity. Once they were done, Khan provided money to Jane Doe 2, who then provided some of that to Baker.

**OBJECTIONS TO THE PSR**

There are no outstanding objections to the PSR. PSR Addendum.

**RECOMMENDATION**

Section 3553(a) of Title 18 of the United States Code contains prefatory language —"The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection." Those purposes include the need for the sentence to:

- reflect the seriousness of the offense;

- promote respect for the law;

- provide just punishment for the offense;

- afford adequate deterrence to criminal conduct;

- protect the public from further crimes of the defendant; and,

- provide the defendant with needed vocational training, medical care, or other correctional treatment in the most effective manner.

In addition, subsection (1) of § 3553(a) requires the court to consider the nature and circumstances of the offense and the history and characteristics of the defendant; subsection (3) requires the court to consider the kinds of sentences available; subsections (4), (5), and (6) require the Court to consider the sentencing guidelines and policy statements, and to avoid unwarranted sentencing disparity; and subsection (7) requires the Court to provide restitution to victims. Certain of

3

these factors are particularly relevant in determining the defendant's sentence.

It is important to note, however, that the Guidelines are the "starting point," and only one factor for a court to consider in drafting an appropriate sentence. *United States v. Carty*, 520 F.3d 984, 991 (9th Cir. 2008). "The Guidelines are not only not mandatory on sentencing courts; they are also not to be presumed reasonable." *United States v. Gall*, 552 U.S. 38, 50 (2007). The PSR has determined that Baker's guideline range is 135 to 168 months. PSR ¶ 84. Based on the seriousness of the offense and the need to protect the public, the United States requests that the Court impose a sentence within the guideline range and at least five years of supervised release.

DATED this 25th day of November, 2025.

KURT G. ALME
United States Attorney

/s/ *Zeno B. Baucus*
ZENO B. BAUCUS
Assistant U.S. Attorney